# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bethany Tripp, *on behalf of herself and all others similarly situated*,<br><br>        Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.<br><br>        Defendant. | CIVIL ACTION NO.: 1:16-cv-12588 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.

    PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Midland Credit Management, Inc. ("Defendant"), hereby removes the above-captioned action to this Court based upon the following supporting grounds:

    1.    On or about November 15, 2016, the above action was filed in the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Suffolk County. The caption of the Complaint is as follows: *Bethany Tripp et al. v. Midland Credit Management, Inc.*, Civil Action No.: 1684-cv-03494.

    2.    A copy of the Plaintiff's Complaint and all other process and pleadings served on Defendant are attached as Exhibit A.

    3.    Defendant was served with the Complaint on or about December 6, 2016.

    4.    Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have elapsed since Defendant was served with process. *See, e.g.*, *Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-51 (1999) ("one becomes a party officially, and is required

to take action in that capacity, only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend").

5.      Plaintiff is a Massachusetts resident residing in Boston, Suffolk County. (Ex. A, ¶ 5).

6.      Defendant is a Kansas Corporation with its principal place of business located at 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108. For diversity purposes, a corporation is a citizen of both the state where it is incorporated and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *Diaz-Rodriguez v. Pep Boys Corp.*, 410 F. 3d 56, 58 (1st Cir. 2005). Defendant is therefore a citizen of either Kansas or California.

7.      Accordingly, there is complete diversity among the parties.

8.      Plaintiff is seeking $1,000,000 in damages. (Civil Cover Sheet, attached as Exhibit B[1]). Plaintiff's claim for damages plainly exceeds the statutory threshold of $75,000.

9.      Accordingly, this Court has jurisdiction over this civil action based upon diversity of citizenship, and the amount in controversy under 28 U.S.C. §§ 1332, 1441, and 1446.

10.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to the Plaintiff, and will be filed with the Clerk of Courts for Suffolk Superior Court following the filing of this notice.

WHEREFORE, the Defendant, Midland Credit Management, Inc., hereby removes this action from the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Suffolk County, to the United States District Court for The District of Massachusetts.

---

[1] A Civil Action Cover Sheet may be considered in determining the amount in controversy. *See, e.g.*, *Toro v. CSX Intermodal Terminals, Inc.*, --- F. Supp. 3d ----, 2016 WL 4212238 at *4 (D. Mass. Aug. 9, 2016); *Salvail v. Relocation Advisors, Inc.*, 2011 WL 1883861 at *1 (D. Mass. May 17, 2011).

Respectfully submitted,
Midland Credit Management, Inc.

By Its Attorneys,

*/s/ Andrew M. Schneiderman*
Justin M. Fabella, BBO #654859
Andrew M. Schneiderman, BBO #666252
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
617-213-7000
jfabella@hinshawlaw.com
aschneiderman@hinshawlaw.com

Date:   December 23, 2016

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman