# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 1:16-cv-12588-GAO

Bethany Tripp
**Plaintiff**

v.

Midland Credit Management, Inc.
**Defendant**

## ORDER OF REMAND

O'Toole, D.J.

In accordance with the Court's Order dated 09/29/2017, the above-entitled action is hereby REMANDED to Suffolk County Superior Court

By the Court,

/s/ Taylor Halley
Deputy Clerk

September 29, 2017